XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PAMELA J. HOLMES, State Bar No. 147360
Supervising Deputy Attorney General
OLIVER R. LEWIS, State Bar No. 133557
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: 916) 210-7508
 Fax: (916) 322-8288
 E-mail: Oliver.Lewis@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAY RENFRO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**LISA CLARK-BARLOW, et al.,**<br><br>　　　　　　　　　　Defendant. | No. 2:15-cv-0632 DB P<br><br>[PROPOSED] **ORDER RE DEFENDANT'S REQUEST TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>Trial Date:　None assigned. |

　　　Before the Court is Defendant's Request to Modify the Discovery and Scheduling Order, and [Proposed] Order to extend the discovery cut-off deadline to August 20, 2018 in order to complete Plaintiff's deposition. (ECF No. 16).

　　　GOOD CAUSE HAVING BEEN SHOWN, Defendant's request is GRANTED. The Discovery and Scheduling Order is hereby amended to allow Defendant to take the deposition of Plaintiff on August 20, 2018.

Dated: July 12, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13

1

[Proposed] Order Re. Defendant's Request to Modify Discovery and Scheduling Order (2:15-cv-0632 DB P)