UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RICHARD RENFRO, | No. 2:15-cv-0632 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| LISA CLARK-BARLOW, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2019, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 33). Plaintiff has filed objections to the findings and recommendations. (ECF No. 36). Defendants have filed a reply to plaintiff's objections. (ECF No. 37).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The magistrate judge's order denying plaintiff's motion for leave to file a tardy cross-

1

motion for summary judgment was neither erroneous nor contrary to law.  Moreover, plaintiff's motion was moot, since for the reasons set forth in the magistrate judge's findings and recommendations defendant was entitled to summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 25, 2019 (ECF No. 33) are ADOPTED in full;

2. Defendant's motion for summary judgment, filed October 19, 2018 (ECF No. 18), is GRANTED, and

3. Judgment is entered for defendant accordingly, and this case is CLOSED.

Dated:  November 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

renf0632.805